**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

MELVIN WADE GRIMES, JR.                                                                                    PLAINTIFF

V.                                          NO: 3:15CV00098 DPM/PSH

BRETT DUNCAN *et al*                                                                                        DEFENDANTS

## ORDER

On August 25, 2015, mail sent to plaintiff at his address of record was returned as undeliverable (docket entry 18). Accordingly, plaintiff is directed to file a notice of his current mailing address no later than 30 days after this order's entry date. Plaintiff's failure to do so will result in the recommended dismissal of his complaint.

Because the Arkansas Department of Correction's ("ADC") public website indicates that plaintiff may be held at the ADC's Cummins Unit, the Clerk is directed to send a copy of this order to plaintiff at his address of record, as well as at the ADC's Cummins Unit, P.O. Box 500, Grady, AR 71644-0500. The Clerk should include plaintiff's ADC number (134336), as set forth in his application for leave to proceed *in forma pauperis* (docket entry 3).

IT IS SO ORDERED this 25th day of August, 2015.

_____
UNITED STATES MAGISTRATE JUDGE