**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

MELVIN WADE GRIMES, JR.                                                                      PLAINTIFF

V.                                          NO: 3:15CV00098 DPM/PSH

BRETT DUNCAN *et al*                                                                          DEFENDANTS

**ORDER**

Plaintiff Melvin Wade Grimes, Jr., who was formerly held at the Craighead County Jail, filed a *pro se* complaint, pursuant to 42 U.S.C. § 1983, on April 17, 2015, and was granted leave to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. § 1915(a). On September 8, 2015, plaintiff filed a change of address notice indicating that he has now been released from custody (docket entry 22).

When a plaintiff is released from confinement, the Court's policy is to require re-submission of affidavits to determine whether he should be required to pay all, or a portion of, the fees and costs of the lawsuit. If plaintiff wishes to proceed with this lawsuit, he is directed pay the remainder of his $350.00 filing fee, or to resubmit an IFP application which reflects his free-world financial status, no later than 30 days after the entry date of this order.[1] Plaintiff's failure to do so will result in the recommended dismissal of this lawsuit.

IT IS THEREFORE ORDERED THAT:

1.      The Clerk is directed to forward an IFP application to plaintiff.

2.      Plaintiff is directed to submit the remainder of the $350.00 statutory filing fee, or to

---

[1] Court records indicate Plaintiff has paid $32.50 of the $350.00 filing fee.

complete and sign the IFP application, and file it, no later than 30 days after the entry date of this order. Plaintiff's failure to do so will result in the recommended dismissal of his complaint.

DATED this 15th day of September, 2015.

_____
UNITED STATES MAGISTRATE JUDGE