**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

MELVIN WADE GRIMES, JR.                                                                    PLAINTIFF

V.                                    NO: 3:15CV00098 DPM/PSH

BRETT DUNCAN *et al*                                                                           DEFENDANTS

## **ORDER**

  Plaintiff filed a change of address notice on September 28, 2015 (docket entry 28). However, mail sent to plaintiff's updated address continues to be returned as undeliverable. Plaintiff's new address was entered as 1704 Strawfloor Road in Jonesboro, but upon closer review of his change of address notice, it appears the correct address should be 1705 Strawfloor Road in Jonesboro. Accordingly, the Clerk is directed to change plaintiff's address of record to 1705 Strawfloor Road, Jonesboro, AR 72404, and to send plaintiff copies of docket entries 23 through 31, as well as an application for leave to proceed *in forma pauperis*. Plaintiff is reminded of his obligation to pay the full filing fee, or to file an updated application for leave to proceed *in forma pauperis*, as set forth in the Court's September 15, 2015, order (docket entry 23).

  IT IS SO ORDERED this 13th day of October, 2015.

                      _____
                      UNITED STATES MAGISTRATE JUDGE