IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MELVIN WADE GRIMES, JR.                                              PLAINTIFF

v.                          No. 3:15-cv-98-DPM

BRETT DUNCAN, Jail Administrator,
Craighead County Jail; ARTHUR BENTLEY,
Doctor, Craighead County Jail; and CHASSITY
JACKSON, Nurse, Craighead County Jail                              DEFENDANTS

ORDER

Unopposed recommendation, № 35, adopted as supplemented. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Grimes has moved several times; there have been many mailing problems. But the docket is clear that Magistrate Judge Harris's November Order, № 34, was mailed to Grimes's last known address more than seven weeks ago and hasn't been returned as undeliverable. Grimes's complaint will therefore be dismissed without prejudice for failure to prosecute. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 December 2015