IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MELVIN WADE GRIMES, JR.                                          PLAINTIFF

v.                           No. 3:15-cv-98-DPM

BRETT DUNCAN, Jail Administrator,
Craighead County Jail; ARTHUR BENTLEY,
Doctor, Craighead County Jail; and CHASSITY
JACKSON, Nurse, Craighead County Jail              DEFENDANTS

JUDGMENT

Grimes's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

29 December 2015